CCA # 13-12-00259-CR

OFFENSE: Capital Murder

STYLE: ELOY HERACLIO ALCALA v. THE STATE OF TEXAS

COUNTY: Hidalgo

TRIAL COURT: 332nd District Court
TRIAL COURT #: CR-4969-10-F
TRIAL COURT JUDGE: Hon. Mario Efrain Ramirez Jr.
DISPOSITION: Reversed and Remanded
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: July 24, 2014
JUDGE: Chief Justice Valdez

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____X_____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

_____SPA'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____refused_____
DATE: Dec. 17, 2014
JUDGE: PC; Keasler J. would grant

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____      PC: _____
PUBLISH: _____      DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____